**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER FENELUS,

    Plaintiff,

v.                                                               Case No. 3:10-cv-245-J-32JRK

LIEUTENANT R. NEWELL, et al.,

    Defendants.

## **ORDER**

Upon review, it is hereby

**ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (Doc. #86), to which no objections have been filed, is hereby **adopted** as the opinion of the Court.

2.     Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. #52) is **GRANTED**.

3.     Plaintiff's claims regarding a conspiracy and verbal threats are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A.

4.     The Clerk shall enter Judgment against Plaintiff and in favor of Defendants.

     5.     The Clerk shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of July, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

ps 7/16
c:
Christopher Fenelus
Counsel of Record
The Honorable James R. Klindt